# Exhibit B

```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF PENNSYLVANIA


ANGEL SULLIVAN-BLAKE, et al.,

          Plaintiffs,
                                          Civil Action
     vs.
                                          No. 18-1698
FEDEX GROUND PACKAGE SYSTEM, INC.,

          Defendant.
_____



     Transcript of proceedings on January 27, 2021,
United States District Court, Pittsburgh, Pennsylvania,
before Robert J. Colville, District Judge



APPEARANCES:

For the Plaintiffs:        Shannon Liss-Riordan, Esq.
                           Peter Winebrake, Esq.
                           Michelle Cassorla, Esq.
                           Dustin T. Lujan, Esq.
                           Zachary L. Rubin, Esq.

For the Defendant:         Jessica G. Scott, Esq.
                           Joseph P. McHugh, Esq.
                           Shanicka L. Kennedy, Esq.




Court Reporter:            Richard T. Ford, RMR, CRR
                           6260 Joseph F. Weis Jr. US Courthouse
                           Pittsburgh, PA  15219
                           (412) 261-0802



Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

1   get discovery from as many opt-ins as possible for a couple
2   reasons.  One is because they want to deter people from
3   participating in the case, that's the number one option.
4   Inevitably a lot of people who were chosen to participate in
5   discovery simply won't do it.  A lot of people opted in.  If
6   they're told that they need to take further action in the
7   case, a lot of them just won't do it.
8              So this is the way that defendants try to weed
9   people out of these large collective actions.  And, of course,
10  the whole purpose of the FLSA collective action mechanism is
11  to allow people who have claims under the FLSA to have them
12  pursued by representatives who are willing to do the work and
13  work with counsel and be involved in the legal proceeding.
14             The other thing that I just want to point out here
15  that's interesting is that for some reason -- I am not exactly
16  sure of the genesis of this -- but the case law has diverged
17  for some reason between FLSA cases and Rule 23 opt-out cases
18  where it seems to be somewhat common for large numbers of
19  opt-ins in FLSA cases to go through discovery.  Not thousands,
20  I am not aware of any case where so many thousands of opt-ins
21  like FedEx is proposing have gone through discovery.  But
22  whereas in Rule 23 cases courts recognize generally that only
23  the named plaintiffs get deposed and very rarely do unnamed
24  class members get -- I am sorry, go through discovery.
25  Depositions, we are not even talking about depositions yet.

```
 1              THE COURT:  Thank you very much.  I have a very
 2   quick question, maybe dumb question.  The argument today is
 3   simply the number of plaintiffs?  We're not talking about
 4   scope of the discovery?  Have you seen the written discovery
 5   that's been propounded?
 6              MS. LISS-RIORDAN:  Yes.  It is a questionnaire.  So
 7   we are going through a similar process right now in the case
 8   that we have pending in Massachusetts that just concerns
 9   Massachusetts drivers, that is the Roy versus FedEx case.  The
10   same counsel are involved -- well, it is our firm and
11   Ms. Scott just for Massachusetts drivers.
12              So in that case where we have about 500 some odd
13   opt-ins, the Court ordered this written discovery for 50.  We
14   have been going through this process of doing the discovery
15   for 50.  So we have used FedEx's questionnaire on the 50.
16              I will say it's been very hard, we have been
17   working very hard, our associates and our paralegals have been
18   working very hard on responding to discovery even for 50, and
19   it has been very difficult.  Because it's just hard to get
20   people who opted into a case who understood that somebody else
21   was going to be prosecuting the case for them to actually
22   engage in discovery.
23              So, again, we are having a battle there about those
24   who are not responsive to the discovery are going to be
25   dismissed from the case.
```