# Exhibit C

```
 1                UNITED STATES DISTRICT COURT

 2              DISTRICT OF MASSACHUSETTS (Springfield)

 3                        No. 1:17-cv-30116-KAR

 4


 5   JORDAN ROY, et al
          Plaintiffs
 6


 7   vs.


 8


 9   FedEX GROUND PACKAGE SYSTEMS, INC.,
          DEFENDANT
10

11                           *********

12


13               For Zoom Hearing Before:
           Magistrate Judge Katherine A. Robertson
14


15                      Status Conference

16
                    United States District Court
17                  District of Massachusetts (Boston.)
                    One Courthouse Way
18                  Boston, Massachusetts 02210
                    Monday, June 7, 2021
19


20
                            *******
21


22
              REPORTER: RICHARD H. ROMANOW, RPR
23                 Official Court Reporter
                 United States District Court
24     One Courthouse Way, Room 5510, Boston, MA 02210
                  bulldog@richromanow.com
25
```

1        I know one of the current issues that FedEx has
2   raised is that current drivers, I think, should have
3   their pay stubs.  Of course the ISPs have all of the pay
4   information for everyone, and in fact FedEx's contract
5   with the ISPs seem to indicate that FedEx has the right
6   to get any pay documents at any time from any of them.
7   So I think FedEx can just get them from the ISPs or one
8   party or the other can subpoena them if the op-ins don't
9   have them.
10       And then we have another, um, it looks like 28 of
11  those 76, um, have not completed -- some number of those
12  we've gotten some initial responses, but haven't gotten
13  them signed yet from the client, so that's still a work
14  in progress.  Anyway, so that's where things stand.  And
15  then a handful of them have been withdrawn, I think 4
16  out of the 76 have withdrawn, people who, you know for
17  one reason or another, we've determined are not eligible
18  or did not spend any substantial amount of time driving
19  a small truck.  So that's the status of the written
20  discovery.
21       I think FedEx's motion, which we're happy to
22  respond to if it's necessary, we were hoping we could
23  just figure this out frankly on the call, that we
24  understand from your Honor's ruling that people who just
25  simply don't respond by the deadline are going to be

```
 1    That's not our fault.  What are we supposed to do?
 2    We're following up, we're trying to be cooperative, you
 3    know, we're trying to give them time, and we're getting
 4    zero communication back when it's been over 2 months,
 5    and we don't have dates.
 6           MS. LISS-RIORDAN:  Your Honor, as I said, we do
 7    have a number of depositions scheduled.  I think there
 8    are two drivers that we haven't been able to get in
 9    touch with to schedule the dates.  There's a third who
10    we have offered to move forward and he's Portuguese
11    speaking and I think there's been a disagreement about
12    how FedEx wants 6 months to depose him in-person versus
13    by zoom.  But we've offered him up also.  So there's two
14    people who we haven't been able to get in touch with to
15    get dates.
16           So at some point we may need to get your guidance
17    on what happens with people who have responded to
18    discovery, written discovery, but, um, we can't get them
19    pinned down to schedule dates.  You know I expect that
20    will happen, we'll keep following up with these two, but
21    they haven't been responsive.  But I don't know what
22    we're going to be able to do if they just won't respond.
23           THE COURT:  Okay, so I am going to go ahead.  I
24    guess I'm going to go ahead and set dates and rule on
25    these motions, and I'll give some thought to dates given
```