# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANGEL SULLIVAN-BLAKE and HORACE
CLAIBORNE, on behalf of themselves and
all others similarly situated,

      Plaintiffs,

  vs.

FEDEX GROUND PACKAGE SYSTEM, INC.

      Defendant.

Civil Action

No. 18-1698

_____

  Transcript of TELEPHONE CONFERENCE proceedings recorded on February 10, 2022, in the United States District Court, Pittsburgh, Pennsylvania, before The Hon. Robert J. Colville, United States District Judge

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | Shannon Liss-Riordan, Esq. |
| | Zachary L. Rubin, Esq. |
| | Michelle Tolodziecki, Esq. |
| | Harold Lichten, Esq. |
| For the Defendant: | Jessica Goneau Scott, Esq. |
| | Brian Ruocco, Esq. |
| | David Schaller, Esq. |
| | Joseph P. McHugh, Esq. |
| | Shanicka L. Kennedy, Esq. |
| Court Reporter: | Deborah Rowe, RMR, CRR |
| | 700 Grant Street, Ste. 5300 |
| | Pittsburgh, PA 15219 |
| | (412) 471-2510 |

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

```
 1   system to get you more responses and faster responses.
 2              Obviously, that's not the case.  So I think at this
 3   point the burden needs to shift to Plaintiffs to come up with
 4   some sort of workable plan as to how long this is going to
 5   take, what they propose to actually do it; and the response
 6   that Ms. Liss-Riordan gave last time, which was, well, you're
 7   just never going to get that many, you know.  We'll do our
 8   best to get you to 500, but otherwise, that's all we can
 9   promise.
10              That's not the answer, and that's not what the
11   Court ordered.  So, Your Honor --
12              THE COURT:  Ms. Liss-Riordan, I'm assuming that's
13   you chiming in.  If you want to respond to that, you're
14   welcome.
15              MS. LISS-RIORDAN:  Yes.  Thank you, Your Honor.  I
16   think the conversation we had before, and our response is the
17   same as it has been all along, is we are doing our best to
18   get as many as we can.  My reading of Your Honor's Orders
19   were that you ordered discovery on this large number, I think
20   recognizing we weren't going to get all of them, but that we
21   would get to a point where there would be a big enough
22   sampling so that FedEx could make whatever arguments it wants
23   to make, including the argument it's going to make that the
24   results are skewed.
25              I mean the truth of it is is that when you have
```

1  these cases, yes, a lot of people don't want to participate.
2  It's hard to get them to participate.  It doesn't mean they
3  don't have a claim.  It means that they have lives that
4  they're focused on, and it's just hard to get them to focus
5  on something else, but we are doing our best.
6           My records show that out of the initial 500, we
7  have produced to FedEx questionnaires and discovery responses
8  for 263 of them.  So more than a 50 percent response rate,
9  which we actually think is pretty good for this size of a
10 process we've been tackling.
11          Apparently FedEx is not satisfied that these are
12 all complete, and that's why Ms. Scott gave a lower number,
13 but we see that we've gotten more than 50 percent in and are
14 well on our way with the 1,150 we've been in contact with and
15 are working on responses for, let me see, another 260
16 approximately, but we're continuing to reach out and work on
17 them.
18          So we do still think the schedule that we've spoken
19 about before makes sense.  In June is what we're planning.
20 We think by June we'll be able to get what we can get, and we
21 should move on from there.
22          If FedEx wants to give us more people to reach out
23 to, we can do that.  I mean one suggestion that I have just
24 listening to what Ms. Scott just said is she's been saying
25 that it's just very burdensome for them to send out these

1  plan to do that. I think that's going to be required. Now,
2  how many and how you go about selecting that, again, I'm
3  going to defer to your collective judgment until and unless
4  you can reach an agreement, but I think that's almost
5  certainly going to happen. Again, I'll entertain argument if
6  need be.
7  But here's the thing. Whether we go past June or
8  not and whether it's 1,650 or something close to it or
9  something not so close to it, am I wrong about something
10 that's sort of fundamental? At the end of the day, whatever
11 the number is, the fair number of Plaintiffs from whom we
12 should get adequate written discovery, and let me also point
13 out, again, there's a difference between complete responses
14 and partial responses, and again, we're going to have to look
15 at whether the partial responses are adequate enough in some
16 measure or not to, number one, survive a motion to dismiss,
17 and, number two, be treated as an adequate response at least
18 as to the question of whether we have 1,650 responses or not
19 or whatever appropriate number.
20 That's a judgment we'll have to make as well. But
21 at the end of the day both parties need to, maybe not want
22 to, but you need to get to the certification or
23 decertification stage here.
24 I assume neither of you want to spend the next ten
25 years doing it. And I'm assuming -- I can assure you that's

1  not going to happen.  But you're going to spend more than the
2  next six months doing it I think, unless you can reach some
3  agreement.
4         Now, if you're able to reach an agreement, then
5  look, 1,650 isn't necessary, but a thousand might do it, or
6  750 might do it, or 1,250 might do it, and here's how we're
7  going to proceed, and this is the schedule that we think we
8  can get it done.  And maybe it's not June, but it's January,
9  or maybe it's next May.  And again, I don't like the idea of
10 thinking about next May, but I'm not sure what to tell you.
11 This is going to take time.
12        But the bottom line is -- again, I don't see either
13 of you seeing a way out of this case before we get to a
14 certification or decertification.
15        And Ms. Liss-Riordan, if, at the end of this first
16 round, we have a 50 percent return rate and, of those, a
17 third of those are only partial returns, I can -- I'll
18 entertain your argument, but I'm pretty sure we're going to
19 have another round of discovery.  And I imagine you
20 understand why.
21        That said, Ms. Scott, again, pick your poison.  You
22 don't want to go to the effort and time to issue these
23 written discovery requests, but okay, then maybe you don't
24 need 1,650.  How many do you need?  And what bottom line do
25 you need to get your decertification motion in a position