# Exhibit E

1        UNITED STATES DISTRICT COURT

2         DISTRICT OF MASSACHUSETTS

3

4

5   **********************************

6   JORDAN ROY and JUSTIN TRUMBULL,

7   on behalf of themselves and others

8   similarly situated            3:17-cv-30116-KAR

9         vs.

10  FEDEX GROUND PACKAGE SYSTEM, INC.

11  **********************************

12

13

14

15        DEPOSITION BY ZOOM OF JORDAN ROY, a witness

16  called on behalf of the Defendant, pursuant to the

17  Rules of Civil Procedure, before Karen D. Pomeroy,

18  Registered Diplomate Reporter and Notary Public in

19  and for the Commonwealth of Massachusetts, at 159

20  Arnold Street, Springfield, Massachusetts, on

21  Tuesday, August 18th, 2020, commencing at 9:00 a.m.

22

23

24

25

1  A.  I mean, we have different routes; so we had

2     different packages and different stops and all

3     different type of things.  We're dealing with,

4     you know, two different places.

5  Q.  Now, apart from your knowledge of what went on

6     with Up From The Ground drivers and other drivers

7     in your station, do you have any knowledge about

8     interactions that other drivers in Massachusetts

9     had with FedEx?

10 A.  Yeah, I don't -- I don't know.  I don't even know

11     any other FedEx drivers besides the ones I met

12     there; so --.

13 Q.  Have you ever seen a copy of an independent

14     service provider agreement?  That is, the

15     contract between FedEx Ground and the service

16     provider.

17 A.  No.

18 Q.  Did you ever ask to see one?

19 A.  I would love to.  I would have loved to.  I don't

20     think they would have gave it to me either way,

21     but, no, I don't think I asked.

22 Q.  We didn't receive any copies of pay stubs from

23     Up From The Ground for you.

24        Why is that?

25 A.  I just don't have them.  I never -- I never saved

Jordan Roy  08/18/2020                                            Page 123
JORDAN ROY and JUSTIN TRUMBULL vs FEDEX GROUND PACKAGE SYSTEM

1      them because I honestly didn't think I was going
2      to come to this point.
3   Q. Did you ever receive any other documents related
4      to your employment with Up From The Ground?
5   A. Like -- no, not that I can think of.
6   Q. Did you ever receive any documents from
7      FedEx Ground related to your employment with
8      Up From The Ground?
9   A. Maybe just besides like an employee handbook,
10     like some -- like guidelines and stuff like that,
11     but not anything, no.
12  Q. Do you have any documents in your possession that
13     you received from FedEx Ground?
14  A. Like stuff that my lawyers have given me or stuff
15     that I have previous?
16  Q. Not things that your lawyer gave you.
17  A. No, I mean, I don't -- there's not really
18     anything that I have.
19  Q. Did you know that you had a duty to preserve any
20     documents that you had?
21  A. I mean, like I said, I never thought I was going
22     to ever do this; so --.
23  Q. So as I understand it, what you believe you had
24     was an employee handbook and you received pay
25     stubs and didn't keep them?

U.S. LEGAL SUPPORT, INC
303-832-5966

1  A.  Yeah.
2  Q.  Are there any documents that you can think of
3      other than that that you received in the course
4      of your employment with Up From The Ground?
5  A.  I mean, not that I can think of.
6  Q.  Describe the routes that you drove for
7      Up From The Ground.
8  A.  Yeah.  So when I first started there and pretty
9      much the majority of the time I was there, I did
10     routes -- it's called Indian Orchard.  It's
11     pretty much a section of Springfield,
12     Massachusetts.
13        So I was given that section of Springfield,
14     which is by itself a decent amount of stops; and
15     then I had all of Wilbraham; so I delivered to
16     all of Wilbraham, Mass.
17 Q.  And can you describe what kind of areas those
18     were.
19        That is, are you delivering in business
20     areas; residential areas?
21 A.  So it's a mixture of everything.  There was --
22     there was areas I was delivering that were like
23     commercial; there was areas that I was delivering
24     that were residential, more city like where
25     houses are closer together; and then where