# Exhibit G

```
                                                                    1




 1                      UNITED STATES DISTRICT COURT
                          DISTRICT OF MASSACHUSETTS
 2


 3


 4      Jordan Roy, et al.,          )
                   Plaintiffs,       )
 5                                   )
                                     )
 6      vs.                          )      Case No. 17-cv-30116-KAR
                                     )
 7                                   )
        FedEx Ground Package Systems,)
 8      Inc.,                        )
                   Defendant.        )
 9


10
        BEFORE:   The Honorable Magistrate Judge Katherine A. Robertson
11


12
                              Status Conference
13


14


15
                                     United States District Court
16                                   Hampshire Courtroom
                                     300 State Street
17                                   Springfield, Massachusetts
                                     April 9, 2024
18


19


20


21


22
                         Marianne Kusa-Ryll, RDR, CRR
23                          Official Court Reporter
                          United States District Court
24                         595 Main Street, Room 514A
                            Worcester, MA 01608-2093
25                     508-929-3399 justicehill@aol.com
                      Mechanical Steno - Transcript by Computer
```

1          What our plan is is that we're going to be reaching
2     out to the opt-ins to let them know about the Court's ruling
3     and find out who wants to continue to pursue their claims
4     individually, and then we would refile those separately,
5     separate from this case, although I expect they would likely be
6     related back to this case --
7          THE COURT:  Let me -- let me just --
8          MS. LISS-RIORDAN:  -- although because -- yes.
9          THE COURT:  So and --
10         MS. LISS-RIORDAN:  Sure.
11         THE COURT:  -- I guess that raises a question about
12    whether there would need to be some kind of a tolling agreement
13    or something --
14         MS. LISS-RIORDAN:  Right.
15         THE COURT:  -- like that.  And -- and --
16         MS. LISS-RIORDAN:  Yes.
17         THE COURT:  -- it was, you know, partly for that
18    reason that I did not take any steps with respect to the status
19    of the opt-ins.
20         MS. LISS-RIORDAN:  Yeah.  Yes, thank you.
21         So what I believe the parties have agreed to in the
22    Claiborne case, and I guess FedEx can tell us now if they agree
23    to it here as well.  We hope they do.  It was a 120-day tolling
24    period from when the plaintiffs, the opt-in plaintiffs, are
25    dismissed from this case to allow them to refile their claims

1  individually, if they so choose, or refile their claims
2  as -- as plaintiffs, if they so choose.
3          So that's what we would ask for here.  And then we
4  would also like to talk about a trial date for the named
5  plaintiffs in this case.  We think we could set something this
6  fall.
7          We obviously have done a lot of discovery, but we may
8  just need to look and see if there's any clean-up discovery we
9  need to do to actually prepare for trial for these two named
10 plaintiffs, but I don't think that should take that long given
11 everything we already have done.
12         THE COURT:  Okay.  All right.  Let me -- Ms. Scott,
13 any sort of objection to proceeding on that basis?
14         MS. SCOTT:  Not -- not specifically.  I mean, I guess,
15 you know, we've been discussing 120 days in Claiborne, which is
16 a 30,000 opt-in case.  We'd be amenable to 90 days tolling here
17 for a much, much smaller --
18         THE COURT:  Okay.  But let me --
19         MS. SCOTT:  Sure.
20         THE COURT:  -- stop you for a minute.  Because it is
21 the same attorneys in both cases, and they are going to be
22 dealing with the same issue in both cases, and so I would be
23 inclined to give them, you know, the time.
24         Also I do remember somewhere along the line, Ms.
25 Shannon -- Ms. Liss-Riordan saying that, you know,

1   community -- it's not easy, it's not going to be necessarily
2   easy for them to reach out and get in touch with the people.
3   You know, they're not necessarily -- you know, the drivers
4   aren't necess- -- aren't always responsive immediately.  It
5   takes some work.
6              So I would -- you know, I would think that it's -- it
7   shouldn't be shorter, let me put it that way.
8              MS. SCOTT:  Okay.  I mean, your Honor, if that's what
9   you're inclined to do we will go with it.
10             In terms of trial, you know, we don't foresee really
11  any discovery.  You know, Ms. Liss-Riordan said clean up
12  discovery perhaps.  I'm not sure what that is.  We can work
13  that out, I'm sure.
14             FedEx Ground still needs to disclose its expert, so we
15  need to factor in time for that.  That was never scheduled.  So
16  we're going to start working on that front.
17             Obviously, we didn't do that ahead of time because we
18  weren't sure how the case was going to end up looking when we
19  were going to get a ruling.  So we're essentially starting from
20  scratch on that, but we do intend on having one expert.  So we
21  need to just make sure we have time to go through that process.
22             THE COURT:  And what -- what is -- what is the nature
23  of the expert testimony?  What -- what would the sort of
24  general topic be, and I'm asking --
25             MS. SCOTT:  Sure.