# Exhibit H

   



**Cassandra Imaboss Miller**
May 7



Write a comment...