# Exhibit I

 **Harold So Low Hall** · Follow
June 28 ·

FEDEX OVERTIME CLAIM - To continue pursuing your claim for overtime back wages, please visit the link below. We have been pursuing your claim for several years but, under a recent court ruling, we need your permission to refile your claim. Please contact us at fedex@llrlaw.com with any questions.

https://fedex.llrlaw.com/signature_requests/901943764...

Law Office of Lichten and Liss-Riordan



FEDEX.LLRLAW.COM
**LLR FedEx**

 Like      Share