# Exhibit J



If you haven't already, you can engage us through this website to prosecute your claims.

To see if you qualify, please answer a few preliminary questions and confirm your email address.

Note: If you have already signed our retainer or the system indicates you have an account, **please do not sign up again.** Thank you!

First Name *

Middle Name

Last Name *

Email

Confirm Email

Phone *

Address 1 *

Address 2

City *

State *

Zip *

FedEx Terminal City *

FedEx Terminal State *

Request for Legal Advice/Privilege and Confidentiality Agreement *

☐ I want legal advice about my potential claims against FEDEX. I am not an employee or agent of FEDEX. I will keep what I learn inside this site confidential.

Submit

Contact Us    Notices, Terms & Conditions

Powered by LEVERAGE