# Exhibit L

```
 1                                    Volume:  1

 2                                    Pages:   1-290

 3                                    Exhibits: 1-10

 4

 5              UNITED STATES DISTRICT COURT

 6               DISTRICT OF MASSACHUSETTS

 7

 8   Case No.: 3:17-cv-30116-KAR

 9   --------------------------------------------- X

10   JORDAN ROY, and                               )

11   JUSTIN TRUMBULL, on behalf of themselves      )

12   and others similarly situated,                )

13              Plaintiffs,                        )

14   v.                                            )

15   FEDEX GROUND PACKAGE SYSTEM, INC.,            )

16              Defendant.                         )

17   --------------------------------------------- X

18              VIDEOTAPED DEPOSITION OF

19           ANTONIO JORGE TEIXEIRA BARROS

20              Monday, November 7, 2022

21               9:03 a.m. to 5:23 p.m.

22              Marriott Boston Quincy

23                1000 Marriott Drive

24           Quincy, Massachusetts  02169

25         Reporter:  Justina M. Pettinelli, RDR/CRR
```

```
 1   today?
 2       A.  No.
 3       Q.  What happened to the photos?
 4       A.  I delete because I can't keep all those
 5   photos.
 6       Q.  Do you have any photos of the scanner?
 7       A.  Yeah, right now for a couple -- couple
 8   weeks.
 9       Q.  At the time you opted into the lawsuit, you
10   would have had some photos -- you would have been
11   taking photos of the scanner at that point in 2019?
12       A.  Before, yes.
13       Q.  How long do you keep the photos in your
14   phone?
15       A.  Right now?
16       Q.  Sure.
17           (Court reporter clarification.)
18       A.  Like for months.
19       Q.  So you would keep the photos for about four
20   months?
21       A.  No, like one month.
22       Q.  Oh, for one month?
23       A.  Yeah, then I delete it.
24       Q.  And you would manually delete them?
25       A.  Yes.
```

```
 1      Q.   Did you produce -- I'm sorry.  Did you --
 2   have you provided those photos as part of this
 3   lawsuit?
 4      A.   No.
 5      Q.   Have you been asked to provide those photos?
 6      A.   No.
 7      Q.   Did anyone other than you know about those
 8   photos?
 9      A.   No.
10      Q.   Did you ever tell anyone about those photos?
11      A.   No.
12      Q.   Were you ever told that you needed to keep
13   copies of those photos?
14      A.   No.
15      Q.   So nobody ever told you to keep copies of
16   the scanner photos?
17      A.   No.
18      Q.   Did anyone ever tell you to keep copies of
19   information relating to this case?
20      A.   No.
21           MS. CASSORLA:  Tom, when you're done
22   with this line of questioning, maybe we could take a
23   quick break.
24           MR. DEC:  Sure.
25           MS. CASSORLA:  I just need five minutes.
```

```
 1      A.   I don't have any because it was paper, paper
 2   pay stub.
 3      Q.   And after you received the paper pay stub
 4   from Swann, how long would you have kept that?
 5      A.   I don't remember.
 6      Q.   Did you have any paper pay stubs from Swann
 7   in 2019?
 8      A.   Yes, but right now I don't have any.
 9      Q.   Would you have had them when you joined the
10   lawsuit?
11      A.   The Swann, I don't think so, no.
12      Q.   So you think you got rid of the Swann pay
13   stubs before joining the lawsuit?
14      A.   Yes.
15      Q.   And the only version of the pay stub for
16   Swann was by paper?
17      A.   Yes.
18      Q.   Did you ever try to get it electronically?
19      A.   They -- they only have paper, paper pay
20   stub.
21      Q.   And what about for AYS, are those electronic
22   pay stubs?
23      A.   Yes.  I have the all of them, the AYS.
24           (Court reporter clarification.)
25      Q.   I'm sorry, can you repeat that?
```

Antonio Jorge Teixeira Barros

```
 1      A.   I have the all of the pay stubs from AYS.
 2      Q.   You have all the pay stubs from AYS?
 3      A.   Yes.
 4      Q.   And you've downloaded those all?
 5      A.   I don't have all downloaded, but I can do
 6   that.
 7      Q.   And did you ever tell anyone that you had
 8   the paper HP & E pay stubs at home?
 9           (Interpreter interprets.)
10      A.   (Through interpreter) I told the lawyers for
11   this case.
12      Q.   Did you tell anyone about the Becks pay
13   stubs that you have, the hard -- the paper versions?
14           (Interpreter interprets.)
15      A.   (Through interpreter) Also the lawyers.
16      Q.   Did you tell anyone about the email
17   electronic versions of the Becks pay stubs?
18      A.   Yes.
19      Q.   And were you ever told that you needed to
20   keep those copies?
21           MS. CASSORLA:  I'm going to object and
22   instruct him not to answer anything about what his
23   lawyers told him.
24           Can you translate that?
25           (Interpreter interprets.)
```