# Exhibit M

00001

| | |
|---|---|
| 2 | Pages: 1-170 |
| 3 | Exhibits: 1-5 |
| 4 | |
| 5 | UNITED STATES DISTRICT COURT |
| 6 | DISTRICT OF MASSACHUSETTS |
| 7 | |
| 8 | Case No.: 3:17-cv-30116-KAR |
| 9 | |
| 10 | ---------------------------------------------- X |
| 11 | JORDAN ROY, and                                ) |
| 12 | PAUL ODIERNO, on behalf of themselves          ) |
| 13 | and others similarly situated,                 ) |
| 14 | Plaintiffs,                                    ) |
| 15 | v.                                             ) |
| 16 | FEDEX GROUND PACKAGE SYSTEM, INC.,             ) |
| 17 | Defendant.                                     ) |
| 18 | ---------------------------------------------- X |
| 19 | |
| 20 | REMOTE VIDEOTAPED DEPOSITION OF PAUL A. ODIERNO |
| 21 | Thursday, June 24, 2021 |
| 22 | 9:27 a.m. to 2:19 p.m. |
| 23 | Location of Witness: North Billerica, Massachusetts |
| 24 | Reporter: Justina M. Pettinelli, RDR/CRR |
| 25 | |

```
 1     providers?
 2         A.   The end of the year, they'd send me W-2s.
 3         Q.   Did they ever provide any written pay
 4     policies?
 5         A.   No, not that I recall.
 6         Q.   Any documents or information about taking
 7     breaks?
 8         A.   Not that I recall.
 9         Q.   Do you have any documents that relate to the
10     hours or days that you worked for any service
11     provider?
12         A.   No.
13         Q.   To your knowledge, do any records of the
14     time that you worked exist?
15         A.   No.
16         Q.   Did you ever do anything at any point to
17     keep track of the hours that you worked each day?
18         A.   No, I never did.
19         Q.   Has anyone instructed you to preserve any
20     potentially relevant information in this case?
21         A.   Can you say that once again?
22         Q.   Has anyone instructed you to preserve any
23     potentially relevant material in this case?
24         A.   No.
25         Q.   What, if anything, have you done to search
```